IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHILD'S VAULT and MONUMENT CO., L.L.C., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNIFIRST CORPORATION, )<br>et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>  2:05cv311-T<br>       (WO) |

### ORDER

Pursuant to the assent to withdrawal of notice of removal (Doc. No. 26), it is ORDERED that this cause is remanded to the Circuit Court of Barbour County.

It is further ORDERED that plaintiff's motion to remand (Doc. No. 19) is denied as moot.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 27th day of May, 2005.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE